# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4284

_____

United States of America,       *
           *
          Appellee,       *   Appeal from the United States
           *   District Court for the District
   v.           *   of South Dakota.
           *
Burton Phillips,       *     [UNPUBLISHED]
           *
          Appellant.     *

_____

Submitted:  May 9, 2000

Filed:  May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and MURPHY, Circuit Judges.

_____

PER CURIAM.

Burton Phillips appeals his fraud-related convictions. Having carefully reviewed the record, we reject Phillips's contentions. The record contains substantial evidence on which the jury reasonably could have found Phillips guilty of the charges. We believe a discussion of Phillips's fact-intensive arguments would serve no useful precedential purpose. We thus affirm Phillips's convictions. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.